# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MURRAY HAUTMAN, | |
| Plaintiff, | Case No.: 1:23-cv-15299 |
| v. | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, December 20, 2023, at 11:00 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Judge Andrea R. Wood of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in Schedule A.

Attorneys/Parties shall call 888−557−8511; access code 3547847.

DATED: December 7, 2023

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 7, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Eduardo Andre Ely and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                    /s/ *Keith A. Vogt*
                                                    Keith A. Vogt, Esq.