IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSEPH MURRAY HAUTMAN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-15299

Judge Andrea R. Wood

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 174 | Happy day Store |
| 58 | BXFAHZJ SHOP |
| 65 | GerberaStore |
| 41 | Zowupaj |
| 146 | YaYiYo Gift & Decoration |
| 67 | phuongbooth |
| 2 | DIY DECOR |
| 63 | Wimly Store |
| 14 | yearnjear |
| 16 | GLORIALELE |
| 66 | WeiLiFushop |
| 38 | Shoprugus |
| 144 | Kevin1985 |
| 39 | FEASRT |
| 13 | Piodeut Art Curtain Decor |
| 130 | Niuwa |
| 155 | monte mall |
| 11 | LAMIDA RAELYN LLC |
| 40 | ROCHE GERARD LLC |
| 42 | Maestars |
| 43 | Classy Essential |
| 45 | A-Z Sale Nation |

| | |
|---|---|
| 47 | Love To Decor |
| 52 | Barn & Bed |
| 68 | CATALINA PALAU LENIS LLC |
| 126 | libinbin159 |
| 170 | Godchoices |
| 137 | zanlin |
| 132 | yangbaihuo |
| 135 | gaorui031 |
| 57 | CubeBik Inc. |
| 148 | AO-NINEONE |
| 79 | hckjty |
| 192 | Mox WallArt |
| 162 | JFYHAB |
| 133 | yangongfa |
| 139 | woobuing |
| 129 | HommomHCurtain |
| 153 | Rstick |
| 60 | qujingzhangledianzishangwuyouxiangongsi |
| 128 | tong pan ju |
| 21 | URNGJF |
| 195 | BigLeopard Shop |

DATED: December 20, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 20, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                      */s/ Keith A. Vogt*
                                                      Keith A. Vogt